# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROBERT AVILA,<br><br>    Plaintiff,<br><br> v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | CASE NO. 1:09-cv-00918-SMS PC<br><br>ORDER DENYING MOTION FOR ORDER RECOGNIZING COGNIZABILITY OF FIRST AND EIGHTH AMENDMENT CLAIMS OR FOR LEAVE TO FILE A PARTIAL AMENDMENT<br><br>(Doc. 10) |

  Plaintiff Perry Robert Avila, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 26, 2009. On February 1, 2010, Plaintiff filed a motion seeking an order recognizing the cognizability of his First and Eighth Amendment claim, or for an order granting him leave to file a partial amendment to his complaint clarifying his claims.

  Plaintiff's complaint does not state a claim for violation of the First or for violation of the Eighth Amendment, and therefore, Plaintiff's motion seeking an order recognizing the cognizability of such claims is denied. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007); 28 U.S.C. § 1915A.

  Further, amended pleadings must be complete within themselves without reference to another pleading, and therefore, partial amendments are not permissible. Local Rule 220.

///
///
///

1

For these reasons, Plaintiff's motion is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:   February 5, 2010**                    /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE