# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROBERT AVILA,<br><br>            Plaintiff,<br><br>     v.<br><br>CATE, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-00918-SMS  PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT SULLIVAN<br><br>(Docs. 16 and 17)<br><br>Unenumerated Rule 12(b) Motion<br>Deadline                                   - 07/03/2010<br>Deadline to Amend Pleadings   - 11/03/2010<br>Discovery Cut-Off Date             - 01/03/2011<br>Dispositive Motion Deadline     - 03/14/2011 |

   Defendant W.J. Sullivan filed an answer to Plaintiff's amended complaint on May 19, 2010. Accordingly, application of the discovery and scheduling order filed on May 3, 2010, is extended to Defendant W.J. Sullivan.

IT IS SO ORDERED.

**Dated:    May 26, 2010**           /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE

1