# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROBERT AVILA, | CASE NO. 1:09-cv-00918-SKO PC |
| Plaintiff, | ORDER STRIKING OBJECTION |
| v. | (Doc. 27) |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff Perry Robert Avila, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 26, 2009. On March 24, 2011, the Court issued an order granting Plaintiff's motion to compel in part and directing Defendants to serve supplemental responses to four document production requests. On April 25, 2011, Defendants filed an objection.

Defendants served their supplemental responses in compliance with the order and they seek no relief via the filing. Rather, they voice their objection to any future order directing them to obtain documents not within their possession, custody, or control.

///
///
///
///
///
///

1     Defendants' objections are based purely on speculation regarding possible future discovery 2 disputes and rulings.  Because an objection to the order at issue is procedurally improper and no 3 relief is being sought, the objection is ORDERED STRICKEN from the record.

5 IT IS SO ORDERED.

6 **Dated:**   **May 2, 2011**                                   /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE