# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROBERT AVILA,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-00918-LJO-SKO PC<br><br>ORDER CONTINUING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR UNTIL MOTION IS SUBMITTED PURSUANT TO LOCAL RULE 230(L)<br><br>(Doc. 22) |

On March 7, 2011, Defendants filed a motion for summary judgment. Due to ongoing discovery disputes between the parties, the latest of which involves a motion to compel and for sanctions filed by Plaintiff on February 27, 2012, Plaintiff has not filed an opposition and the Court is unable to resolve the motion. Fed. R. Civ. P. 56(d). Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion for summary judgment is ORDERED CONTINUED from the Court's calendar until Plaintiff's opposition is filed and the motion is submitted pursuant to Local Rule 230(l).[1]

IT IS SO ORDERED.

**Dated:    March 19, 2012**                /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

---

[1] This order is solely administrative and nothing is required of the parties.

1