# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROBERT AVILA, | Case No. 1:09-cv-00918-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (Doc. 69) |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff Perry Robert Avila, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 26, 2009. On August 8, 2013, Plaintiff filed an unsigned status report. Unsigned filings cannot be considered by the Court and therefore, Plaintiff's filing is ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated: **August 12, 2013**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE