UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROBERT AVILA,<br><br>             Plaintiff,<br><br>       v.<br><br>W. J. SULLIVAN, et al.,<br><br>             Defendants. | 1:09-cv-00918-LJO-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT, NUNC PRO TUNC TO SEPTEMBER 13, 2013<br><br>(Document# 75) |

On September 13, 2013, Plaintiff filed a motion seeking an extension of time to file his status report and a proposed status report. Plaintiff's motion is HEREBY ORDERED GRANTED, nunc pro tunc to September 13, 2013.

IT IS SO ORDERED.

   Dated:   **October 4, 2013**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

1